IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA HANEY, MARGARET SMITH,
BEULAH SKIVER, MARY JO RING,
MARY JANE COMSTOCK, YOLANDA
CURRY and GERALDINE GARRETT on
behalf of themselves and all others similarly
situated                                                                                                    PLAINTIFFS

VS.                                         CASE NO. 10-CV-4003

ARKANSAS AUTOMOBILE DEALERS'
ASSOCIATION, TRW TARGET
MARKETING, and THE RECALL CENTER                                          DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal of Certain Defendants. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs wish to dismiss all claims against Arkansas Automobile Dealers' Association. Accordingly, Plaintiffs' claims against Arkansas Automobile Dealers' Association are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this12th day of April, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge